UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>CLOTILDE E GORIA, in her individual and representative capacity as Trustee--Victor and ClotildeGoria 2001 Revocable Trust;<br>FEDEX OFFICE AND PRINT SERVICES, INC., a Texas Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:15-CV-00278-WBS-DAD<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days and no later than September 1, 2015, or a Joint Status Report by that date if settlement had not been finalized. A Status Conference is set for September 14, 2015 at 2:00 p.m. pending submission of the disposition documents.

**IT IS SO ORDERED.**

Dated:  June 30, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Notice of Settlement             -1-             2:15-CV-00278-WBS-DAD