UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

v.

CLOTILDE E GORIA, in her individual and representative capacity as Trustee--Victor and ClotildeGoria 2001 Revocable Trust; FEDEX OFFICE AND PRINT SERVICES, INC., a Texas Corporation; and Does 1-10,

        Defendants,

**Case No**. 2:15-CV-00278-WBS-DAD

ORDER TO EXTEND DATE FOR FILING DISMISSAL

      Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants CLOTILDE E GORIA, in her individual and representative capacity as Trustee--Victor And Clotildegoria 2001 Revocable Trust and Fedex Office And Print Services, Inc., A Texas Corporation ("Defendants") hereby stipulate to extend the deadline to file Dismissal to October 01, 2015.   The Status Conference is continued to October 13, 2015 at 2:00 p.m. pending submission of the stipulated dismissal.

      IT IS SO ORDERED.

Dated:  August 31, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE