UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CLOTILDE E GORIA, in her individual and representative capacity as Trustee--Victor and ClotildeGoria 2001 Revocable Trust; FEDEX OFFICE AND PRINT SERVICES, INC., a Texas Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-00278-WBS-DAD<br><br>**ORDER** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 23, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE